1 THOMAS P. O'BRIEN
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
KATHERINE R. LOO
4 Special Assistant United States Attorney
333 Market Street, Suite 1500
5 San Francisco, California  94105
Tel:  (415) 977-8927
6 Fax:  (415) 744-0134
Email:  Katherine.Loo@ssa.gov
7
Attorneys for defendant Michael J. Astrue,
8     Commissioner of Social Security

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| BRANDON HARRIS, | No. CV-07-6735-FFM |
| Plaintiff, | **[PROPOSED] JUDGMENT OF REMAND** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand.

///

///

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
2  above-captioned action is remanded to the Commissioner of Social
3  Security for further proceedings consistent with the Stipulation for Remand.
4      DATED: May 5, 2008

6  _/ S /_ FREDERICK F. MUMM
7  HON. FREDERICK F. MUMM
   UNITED STATES MAGISTRATE JUDGE

14 Presented by:
15 THOMAS P. O'BRIEN
16 United States Attorney
   LEON W. WEIDMAN
17 Assistant United States Attorney
18 Chief, Civil Division

19 _/s/ - Katherine R. Loo_
20 KATHERINE R. LOO
21 Special Assistant United States Attorney

22
   Attorneys for Defendant