LAURA KRANK
ATTORNEY AT LAW:  220208
LAW OFFICES OF ROHLFING & KALAGIAN
211 EAST OCEAN BLVD., SUITE 420
LONG BEACH, CA 90802
562/437-7006
FAX:  562/432-2935
Email:  lekrank@hotmail.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON HARRIS | ) Case No.: CV 07-6735 FFM |
| | ) |
| Plaintiff, | ) [~~PROPOSED~~] ORDER AWARDING |
| | ) EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES PURSUANT TO |
| | ) 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

Laura Krank, as Plaintiff's assignee and subject to the reservation of rights, the

amount of  ONE THOUSAND DOLLARS ($1,000.00), as authorized by 28 U.S.C.

§ 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:  September 3, 2008


_/S/ FREDERICK F. MUMM
_____
THE HONORABLE FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE